**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GUILLERMO HERNANDEZ ZARAGOZA<br><br>    Plaintiff,<br><br>v.<br><br>CAFE EUROPA, LLC, et al.<br><br>    Defendants. | Case No. 1:17-cv-00583-CRC |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41, the parties hereby stipulate to the dismissal of this action against all Defendants *with prejudice*, each party to bear its own costs.

Date: January 3, 2018                                Respectfully submitted,

/s/ Justin Zelikovitz, Esq.
Justin Zelikovitz, #986001
DCWAGELAW
519 H Street NW
Washington, DC 20001
Phone: (202) 803-6083
Fax: (202) 683-6102
justin@dcwagelaw.com

*Counsel for Plaintiff*

/s/ Scott H. Rome
Scott H. Rome, #476677
THE VERITAS LAW FIRM
1225 19th Street NW
Suite 320
Washington, DC 20036
Phone: (202) 686-7600
Fax: (202) 747-2839
srome@theveritaslawfirm.com

*Counsel for Defendants*